UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TROY ANTHONY PESINA,<br><br>               Plaintiff,<br><br>  v.<br><br>SGT. JACKSON, C/O AVERY, C/O GARVIN, DAN PACHOLKE, BERNIE WARNER, DEVON SCHRUM, TODD DOWLER, TIM THRASHER, RUBEN RIVERA, JERRY SHUMAKER, SHIFT LT. JANE/JOHN DOE, SHIFT SGT JANE/JOHN DOE, MAGGIE MILLER-STOUT, GRIEVANCE COORDINATOR JANE/JOHN DOE, INVESTIGATIVE STAFF JANE/JOHN DOE, JANE/JOHN DOE and JANE/JOHN DOE,<br><br>               Defendants. | NO: CV-12-095-RMP<br><br>ORDER DISMISSING ACTION |

     By Order filed April 10, 2012, ECF No. 6, the Court instructed Mr. Pesina, a *pro se* prisoner at the Airway Heights Correction Center to comply with 28 U.S.C. § 1915(a)(2), which requires prisoners who seek to bring a civil action without

ORDER DISMISSING ACTION -- 1

1 prepayment of the filing fee to submit a certified copy of their trust fund account

2 statement (or institutional equivalent) for the 6-months immediately preceding the

3 filing of the complaint.  Plaintiff did not comply.  Mr. Pesina has not paid the full

4 filing fee for this action.  Accordingly, **IT IS ORDERED** this action is

5 **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee

6 requirements of 28 U.S.C. §§ 1914(a) and 1915(a).

7 **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

8 Order, enter judgment, forward a copy to Plaintiff at his last known address and

9 close the file.  The Court certifies any appeal of this dismissal would not be taken

10 in good faith.

11 **DATED** this 10th day of May 2012.

13 *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING ACTION -- 2